**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW BROWN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-3441** |
| | : | |
| **MARK KIMSEY** | : | |

## ORDER

**AND NOW**, this 10th day of February 2023, upon considering Defendant's Motion for sanctions including dismissal (ECF Doc. No. 44), following our evidentiary hearing during which we evaluated the credibility of Dr. Roberts's testimony concerning the forged documents and the credibility of Plaintiff relating to the forged documents, misrepresentations concerning his marital status, and a variety of misrepresentations concerning his physical condition as repeatedly proffered by the Plaintiff, and for reasons detailed in the accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED**:

1. Defendant's Motion for sanctions by way of dismissal (ECF Doc. No. 44) is **GRANTED;**

2. We **DISMISS** Plaintiff's case;

3. Defendant's counsel shall, no later than **February 13, 2023,** serve this Order and accompanying Memorandum by email (to the extent known) and first class mail upon Plaintiff, Miriam Primavera, Lee A. Ciccarelli, P.C., Steven J. Devine, Esquire, and Emily Grace Pittenger, Esquire and file a certificate of service confirming compliance with this obligation by no later than **February 14, 2023**; and,

2

4. The Clerk of Court shall **CLOSE** this case mindful Plaintiff's now-withdrawn counsel may face disciplinary review of their role in presenting repeated false statements to the Court.

                                                 **KEARNEY, J.**